**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
**Anit K. Jindal, OSB #171086**
AnitJindal@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085

   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **WILLAMETTE FAMILY, INC.**, an Oregon non-profit corporation, | Case No. 6:22-cv-00978-MK |
| Plaintiff, | **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT** |
| v. | |
| **PATRICK ALLEN**, in his official capacity, **DAVID BADEN**, in his official capacity, and **FRITZ JENKINS**, in his official capacity, | Fed. R. Civ. P. 6(b)(1)(A) |
| Defendants. | |

**LOCAL RULE 7-1 CERTIFICATION**

The undersigned counsel certifies that the parties conferred regarding the subject of this motion and that on September 22, 2022, counsel for plaintiff Willamette Family, Inc. consented to extend until October 11, 2022 the time for defendants Patrick Allen, David Baden and Fritz Jenkins to answer, plead, or otherwise respond to plaintiff's First Amended Complaint.

**Page 1 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT**

# MOTION

Defendants hereby move for an extension of time to respond to plaintiff's First Amended Complaint, which would extend the deadline from September 30, 2022, to and including October 11, 2022. Mr. Allen and Mr. Baden accepted service on September 12, 2022. Mr. Jenkins accepted service of the First Amended Complaint on September 20, 2022. Defendants do not waive any defenses, including but not limited to the Court's lack of personal jurisdiction over defendants or Eleventh Amendment immunity.

This request is made in good faith and not for the purpose of delay.

DATED this 28th day of September, 2022.

                MARKOWITZ HERBOLD PC

By:   *s/ Anit K. Jindal*
       David B. Markowitz, OSB #742046
       DavidMarkowitz@MarkowitzHerbold.com
       Lauren F. Blaesing, OSB #113305
       LaurenBlaesing@MarkowitzHerbold.com
       Anit K. Jindal, OSB #171086
       AnitJindal@MarkowitzHerbold.com
       Attorneys for Defendants

1330609