**David B. Markowitz, OSB #742046**
DavidMarkowitz@MarkowitzHerbold.com
**Anit K. Jindal, OSB #171086**
AnitJindal@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tele:  (503) 295-3085

    Special Assistant Attorneys General for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WILLAMETTE FAMILY, INC.**, an Oregon non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**PATRICK ALLEN**, in his official capacity, **DAVID BADEN**, in his official capacity, and **FRITZ JENKINS**, in his official capacity,<br><br>    Defendants. | Case Nos.  6:22-cv-00978-MK<br><br>**DECLARATION OF ANIT K. JINDAL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION FOR ATTORNEY'S FEES** |

I, Anit K. Jindal, declare:

1. I am an attorney with Markowitz Herbold PC, counsel of record for defendants Patrick Allen, David Baden, and Fritz Jenkins in the above-captioned matter.  I make this declaration of my own personal knowledge.  The following statements are true and correct and, if called upon, I could competently testify to the facts averred herein.

2. Attached to this declaration are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| 1 | May 12, 2022 Amended Final Audit Report, Willamette Family, Inc. |

**Page 1 -**  **DECLARATION OF ANIT K. JINDAL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION FOR ATTORNEY'S FEES**

| Exhibit No. | Description |
|---|---|
| 2 | May 12, 2022 Second Amended Final Audit Report, Willamette Family, Inc. |
| 3 | March 30, 2021 [Third] Final Audit Report |
| 4 | December 8, 2021 Order Denying Petition to Take Depositions |
| 5 | January 31, 2022 Order Denying Petition to Take Depositions |
| 6 | January 18, 2022 Petition for Order to Take Deposition |
| 7 | July 19, 2021 Letter from Admin. Law J. W. Halpert to parties re hearing schedule |
| 8 | July 7, 2022 Letter from Admin. Law J. W. Halpert to parties re hearing schedule |
| 9 | July 7, 2022 Email between V. Poe, G. Lynch and Admin. Law J. W. Halpert Willamette Family: OHA's response to request to continue the prehearing conference |

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 11, 2022.

                *s/ Anit Jindal*
                Anit Jindal, OSB #171086

1323305

Page 2 -  DECLARATION OF ANIT K. JINDAL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION FOR ATTORNEY'S FEES